1  MICHAEL J. KENNEDY. ESQ.
   Law Offices of Michael Jerome Kennedy, PLLC
2  Nevada State Bar #10103; Co. #17868; Ca #193901
   333 Flint Street, Reno, Nevada 89501
3  775-221-7100 (office); 775-233-0914 (mobile)
   michael@mjkennedylaw.com
4
   DAVID R. FISCHER, ESQ.
5  Nevada State Bar #10348
   400 S. 4th Street, Suite 500
6  Las Vegas, Nevada 89101
   702-547-3944 (office)
7  dfischer@fischerlawlv.com
   Attorneys for Ernesto Gonzalez

8              IN THE UNITED STATES DISTRICT COURT

9                 FOR THE DISTRICT OF NEVADA

10

11  UNITED STATES OF AMERICA,        )    2:16-cr-265-GMN-CWH
                                     )
12              Plaintiff,           )    **Stipulation And Proposed Order To**
                                     )    **Continue Until December 14, 2018 at 9:00**
13       v.                          )    **A.M. The Hearing On ECF No. 781**
                                     )    **(Motion To Suppress Evidence Pertaining**
14  ERNESTO MANUEL GONZALEZ,         )    **To RICO Overt Act #5 For Fourth And**
    aka, "Romeo" (#6), et. al.       )    **Fifth Amendment Violation) From**
15                                   )    **December 7, 2018 at 9:00 A.M. (ECF No.**
                Defendants.          )    **1348)**
16  _____

17        IT IS HEREBY STIPULATED AND AGREED, by and between Dayle Elieson, United

18  States Attorney, Christina D. Silva, Daniel R. Schiess, Christopher Burton, Assistant United States

19  Attorneys, David N. Karpel, Trial Attorney, Department of Justice, on behalf of the United States,

20  and Michael J. Kennedy, Esq. and David R. Fischer, Esq., on behalf of defendant Ernesto Gonzalez,

21  that the hearing on ECF No. 781 (Motion to Suppress Evidence Pertaining to RICO Overt Act #5

22  for Fourth & Fifth Amendment Violation) presently set for December 7, 2018 at 9:00 a.m. in Las

23  Vegas Courtroom 3C before Magistrate Judge Carl W. Hoffman (see ECF No. 1348) be vacated and

24  continued until **December 14, 2018 at 9:00 a.m**. in Las Vegas Courtroom 3C before Magistrate

25  Judge Carl W. Hoffman.

26        The Stipulation is entered for the following reason:  Mr. Kennedy, counsel for Gonzalez, has

27  a scheduling conflict with the present December 7, 2018 setting as he will be working in San Diego

28  between December 6, 2018 and December 10, 2018. Mr. Kennedy has emailed government counsel

                                      1

regarding his scheduling conflict and government counsel approved various dates during the week of December 10-14, including December 14, 2018. Good cause therefore exists to grant this stipulation and proposed order.

This is the first stipulation to continue the hearing date filed herein.

DATED: November 14, 2018.

/s/ Michael J. Kennedy
Michael J. Kennedy
David R. Fischer
Attorneys for Ernesto Gonzalez

/s/ Daniel Schiess
Daniel R. Schiess
Cristina D. Silva
Christopher Burton
Assistant United States Attorneys
David N. Karpel
Trial Attorney
Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 3:16-cr-265-GMN-CWH |
| | ) | |
| Plaintiff, | ) | **ORDER VACATING DECEMBER 7, 2018** |
| | ) | **9:00 A.M. HEARING ON ECF NO. 781** |
| v. | ) | **AND CONTINUING THE SAME TO** |
| | ) | **DECEMBER 14, 2018 AT 9:00 A.M.** |
| ERNESTO MANUEL GONZALEZ, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

### **ORDER**

IT IS THEREFORE ORDERED that the hearing presently scheduled for December 7, 2018 at 9:00 a.m. on ECF No. 781, Defendant Ernesto Gonzalez's motion to suppress evidence pertaining to RICO Overt Act #5 for Fourth and Fifth Amendment Violation in Las Vegas Courtroom 3C before Magistrate Judge Carl W. Hoffman is vacated and continued to **Friday, December 14, 2018 at 9:00 a.m. in Las Vegas Courtroom 3C before Magistrate Judge Carl W. Hoffman**.

DATED this ___ 15th day of November, 2018.

_____
UNITED STATES MAGISTRATE JUDGE
CARL W. HOFFMAN